

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

FILED

NOV - 3 2020

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

Oscar James Chapman 354890 1

_____

(Enter above the full name of the plaintiff
or plaintiffs in this action).

(Inmate Reg. # of each Plaintiff)

**VERSUS**

**CIVIL ACTION NO.** 2:20-cv-00725

(Number to be assigned by Court)

Mt Oline Correctional Complex →
→ Officer Smith → 3 other
→ Officer Thomas unamed Officers
→ Dr. Lyle

(Enter above the full name of the defendant
or defendants in this action)

## COMPLAINT

I.     **Previous Lawsuits**

    A.     Have you begun other lawsuits in state or federal court dealing with the same
facts involved in this action or otherwise relating to your imprisonment?

           Yes _____          No _✓_____

1

B.    If your answer to A is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

    1.    Parties to this previous lawsuit:

        Plaintiffs: _____

_____

_____

        Defendants: _____

_____

_____

    2.    Court (if federal court, name the district: if state court, name the county):

_____

_____

    3.    Docket Number: _____

    4.    Name of judge to whom case was assigned:

_____

    5.    Disposition (for example: Was the case dismissed?  Was it appealed? Is it still pending?

_____

_____

    6.    Approximate date of filing lawsuit: _____

    7.    Approximate date of disposition: _____

2

**II.**   **Place of Present Confinement:** North Central Regional Jail

A.   Is there a prisoner grievance procedure in this institution? No, but Yes To
     MT. Olive Corrections
     Complex - *previous*
     *Former*
     *Confinement*

     Yes ✓        No _____

B.   Did you present the facts relating to your complaint in the state prisoner grievance
     procedure?

     Yes ✓        No _____

C.   If your answer is YES:

     1.   What steps did you take? Filed a grievance, had
          my mother contact ACLU, NAACP, Attorneys
          NAACP dropped the ball, ACLU sent my mother a ltr.
          but she had moved + didn't get the letter.

     2.   What was the result? After almost two yrs fighting for me
          contacting various attorneys, my mother
          contacted the ACLU, who put us in contact w/ The
          mountain state Justice Lydia Milnes who ~~about~~ obtained
                                                          med. file
D.   If your answer is NO, explain why not: ~~C~~ _____        + recds

     Case not against NCRJ, but MT. Olive
     Correctional Complex.

**III.**   **Parties**

(In item A below, place your name and inmate registration number in the first blank
and place your present address in the second blank.  Do the same for additional
plaintiffs, if any.)

A.   Name of Plaintiff: Oscar James Chapman IV (4)   #3548901

     Address: ~~1 Mountainside~~ #1 Lois Ln. Greenwood, WV 26415

B.   Additional Plaintiff(s) and Address(es): _____

     _____

     _____

     _____

3

C.2 to put in for payment compensation from prison to the commissioner. so It was denied

Contacted

Attorney's

Buckner

~~Russell~~, Erick   304 431 4050

Matthews Allissae   404 554 0777

Larry ~~Ford~~ Esq   304 345 3900

Michael ~~J~~   304 343 4440
          Del Guidicu

Mike A ~~J~~   304 522 6249
~~Fred~~ Woelfel

Kerry ~~Free~~ West 304 697 6372

Morgan & Morgan   215 550 363

no help

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank.  Use item D for the names, positions, and places of employment of any additional defendants.)

C.    Defendant: Dr. Lyle

is employed as: Physician @ Mt. Olive Correctional Complex

at Mt Olive Correctional Complex

D.    Additional defendants: Officers Smith, Officer Thomas 3 other unknow un-named Officers All Officer Prison Guards. All at Mt. Olive Correctional Complex

IV.    **Statement of Claim**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)   2013 - 2014

(1 P3)

Notes of Statement of Claim. attached - 2019-2020 The NAACP filing was told it went to wrong person, but when emailed to correct person no response. Since the 2018 beating, I pleaded with the Mt Olive Correctional complex to send me to get an MRI or a CT Scan. My mother also has been fighting continuously to make Mt Olive Correctional Complex & Dr Lyle to listen. I have started having serious headaches again siezure become more frequently + serveree where my breathing would cutoff during siezures. My mother pleaded to Dr Lyle + Aimes, Nurse Givens to send me to have a MRI or CT scan. Especially after the

10

IV.    Statement of Claim (continued):

beating on 1/25/18. My mother even called Dr Hoyt at Huntington Cabel Hospital + spoke with Megan his nurse. Megan called and tried to get Mt. Olive to bring me in for a follow-up to give me a MRI or CT scan in the process, but after many calls from Megan + my mother, they both were told no. Mrs. Gregory at Mt Olive stated they did not need Huntington WV Hospital help + that they could handle any medical needs pertaining to me. My seizures →

V.    Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments. Cite no cases or statutes.

Seek monetary damages + justice if possible against the guards + Dr kyle. I asked that Thomas especially file is looked into for I had serreral adorised me he kicked another inmate all in the head not to long after me. I have heard many stories of sever beating's + yes deaths. This I cannot verify, but can only speak of my own case.

5

V.    **Relief (continued):**

Please request the original Tape 11/26/18

Attorney Del Guidice who never took the case but viewed the Records on 2 CD's at the Attorney General's Office stated time discrepancies based on what was listed on the length per the disk. Poor lighting/shaded & time missing. My mother was angry for he did nothing about it which clearly shows the copy on disk were altered. The notes by Dr Lyke conflict w/disk also. The original Tape need to been reviewed.

VII.   **Counsel**

A.    If someone other than a lawyer is assisting you in preparing this case, state the person's name:

n/A .

B.    Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes ✓       No _____

If so, state the name(s) and address(es) of each lawyer contacted:

Attorney John Stroebel, Del Giudice,
P.O. Box 2582          1219 Virginia St E
Charleston, WV 26329   Ste 600, Charleston, WV
                                   25301

If not, state your reasons: _____

_____

C.    Have you previously had a lawyer representing you in a civil action in this court?

Yes _____       No ✓

6

Attached
from NAACP
filing used
for the Section
1983 filing

Attached are
other grievances
against MT airw
Correctional Complex
show poor treatment

*Statement of Claim*
*Addition from the beginning*
*2018 - 2019*

to: NAACP
ATTN: LEGAL REDRESS COMMITTEE
P.O. BOX 61
CHARLESTON, WV 25301

Attach this info to:    *IN ADDITION TO PAGE 8*

I was approached by five prison guards at Mt Olive Correctional Complex outside my cell stating I was being taking to the whole. I was asked to put my hands outside the door to be cuffed. I asked why what did I do wrong. I was told for trying to comprise a female guard with a written peom out of a book I purchased. I responded what? I asked her to read it and tell me what she thought of it. I have a female friend I have been talking to for sometime over the phone and the peom was for her. I just copied it to send to her. This they did not believe me for the female guard had taken it to the captain and stated I gave it to her for her. I tried to explain that was not the case and who it was for. They did not want to hear it. I refused to put my hands through cell hole for cuffing for I asked for them to please go get the captain so I could explain the situation to him myself. However, they took it as I am going to be a fighter meaning I guess I will fight whoever come in the cell. I explained several times and loudly so others could hear me in my defense under no circumstances I am not trying of thinking of fighting anyone. I just wanted the captain present to hear my side of the story. I have had open brain surgery back in March for the removal of a cancerous tumor which has left me with thought process, some memory issues that come and go, and a serious disability communicating on paper and/or emailing or texting. I know what I want to say, but does not always come out correctly. This is along with me speech disability and experiencing weakness has been triggered from the operation which was advised that I could loose my speech completely which I did. With speech therapy received after the operation has helped. However, once I realized the guards were not going to listen to me, I assumed the position in leaning up against the wall facing it directly with my hands up to show no resistance at all. I was still slammed forcefully on the cement floor and taken to the whole where I was slammed to the floor and kicked repeatedly for a period of time in the head and face. I was screaming please stop I just had surgery your hurting me please stop. I was forcefully kick numerous time over and over again by 5 prison guards one know as Smith and another Johnson. I knew of them but not sure of the others. I ware glasses and they were broken completely in half. As I was being beating with kicks to the head, one guard knelled down and grabbed my hand and proceeding in forcing my fingers completely backwards to the point they were almost broken and left me along with my head especially on the side where I had the operation in March of 2018 an incision from top to bottom of ear lob/face. They knew of my operation and my screams could be heard throughout screaming in pain. When they were through, I was taking to medical for I was kicked and beating almost unconscious to where I was so dizzy and in pain, vision completely blurred and could not really stand on my own without feeling light headed also. I was never since than while in the hole for almost 60 days I did not receive any medical treatment and medical never came to get me with complaint of pain and dizziness. I was taken once to medical only due to my mother calling Mr. Cedric Green Coordinator in place by DOC corporate office for complaints. My mother requested and demand an investigation and for me to be seen by medical. My mother spoke with Mr. Cedric Green on Oct. 30th. He called at that point Warden Terry who advised that a the incident was caught on the camera and a full investigation will be done to determine if excessive force was used and if so action will be taking. Since then I have been calling to see the outcome and for my son to receive medical treatment for I called Dr. Hoyt's office his brain surgeon and advised what had taken place. They were very concerning especially know he just had the operation and it was long and intensive procedure for the large tumor was that close to his speech. The surgery was done while he was technically awake which is a new procedure that Dr. Hoyt is well know for. None of my son's doctors wanted to perform the surgery for the fear of serious disabilities in separate lost of speech altogether along with other possibilities. My mother faught hard to get me the operation for a comple ____ ____ d with the NAACP and your office loading up to the operation. I was not getting the medical care needed per my provide ____ th this document of complaint I am sending the original complaint for I found it was never filed. However, Mr. Aimes ____ the warden. Mr. Terry the initial warden became no longer it appears after the beating. I am not sure why. Still

my since Oct. of 2018 my mother has been fighting for results and medical care for me. I have put in all the grievances expected and was advised the type of forced used on me was justified. I thought I was going to die that night of Oct. 24 of 2018. I worry all the time that the guards my try to rid of me for opening my month. Recently due to my mother continuing in her crusade for justice for me and medical care, my mother contacted Governor James C. Justice of Charlestown, WV and spoke with Mrs. Lindsey Atkins who handles complaints for the Governor. A formal complaint was made and I believe the Mr. Cedric Green was contacted per my mother statement for Mrs. Atkins advised that she would turn the complaint over to Mr. Green who could handle this complaint issue also. My mother advised that Mr. Green was advised by her back in Oct. He remained in contact and seemed sincere until. The decision was made to that he force was justified. My mother called him repeatedly after Dec. 16, 2018 I believe to call her about what outcome more assistance in getting me proper medical treatment for the one time I was taken to medical after my mother called complaining to Mr. Green the medical provider on staff turned and looked at me and took off his glasses and with a mean and any look and looked at me and said so what is the issue. I advised of what happened to me and his remark was "he was not there so he is not aware of such a beating I received and sent me back without even examining me at all nor checking my fingers or requesting x-rays of my fingers and head. So I realize no matter what I am not going to get medical care. I put in grievance after grievance help and results in seeing that these guard answer to what they did to me. Right after my beating I was advised that one of the known guards for using excessive force beat another inmate the same kicking in the head. Finally after my mother contacted the Governor's office a couple of days ago, now I am being taken get glasses again which the appointment was yesterday and it will take a month to receive them. Plus Mr. Cedric Green called my mother and advised the same and that doctor appointments are scheduled for me and the speech therapy that my mother has been complaining about that was not being done and me forever. I was due to go into see Dr. Hoyt on Nov. 17 for a follow up from the last MRI was done since he operation and I was not taken and at that point my face and head had large knotts and bruises hand still hurting. My mother advised that Megan called to make sure I was brought in and she never received a follow-up call as stated nor rescheduled. Megan is doctor Hoyt my brain surgeon Medical Nurse. Dr. Murphy, Charles is my Radiologist Oncologist at Huntington Cabell Hospital in Huntington, WV. His orders were that I need to have a MRI the rest my life every 2-4 months due to the Grade 2 cancerous tumor removed by Dr. Hoyt. My mother and I inquired about it. My mother received a call yesterday Jan. 14th from Mr. Cedric Green stating that I am was setup for doctor appts: Appt to see Dr. Stephen for new glasses, I was put on the list for speech therapy which was supposed of been setup upon my coming to Mt. Olive. My doctor recommended it for I as well as my mother was told the prison is the best for medical conditions and disabilities like mine. My mother advised Mr. Aimes the new warden called her and advised he had been tied up with many things since his arrival at Mt. and he meant to get back to her about me. He advised also of appts. setup for me. Why did it take my mother calling repeatedly then calling the Governor to get any kind of results. However, we are satisfied of he appts., but the beating to the head that I took in Oct. has left me with the feeling well since the beating. My brain and inside my head feels like there something is swelling. I am feeling dizzy at times and my speech was getting better and now my mother even stated that my speech is becoming slurred again and I am back to struggling to get words out when talking and it's fustrating when I know what I want to say and it does not come out the way I want. I am back to struggling for words that I once knew. Just recently, my mother had to really talk with me and lay me out for I found I am getting angry for no reason and she said I am all over the place in talking to me. I had to hung up on me because of the emotions I expressing. I called her back and apologize for I do not know why and what cause the change in temperment. I am real scare and concern something is going on inside and if I do not get to my doctor soon for my next MRI something may happen to me. My mother is concerned also. Mr. Aimes spoke with me directly about my concerns. He mentioned that my glasses are supposed to be broken and I told him look at the they are for you do not see they are all taped up. I have suffered so much at the hands of prison guards. I appreciated after all I went through at South Central Regional Jail that Mr. Lenard allowed my mother to come and visit me 1 hr. a day at Huntington Cabell Hospital. My mother saw my condition where I could not speak any words at all only make soundsk. My writing was difficult and my thought process was bad. I knew what I wanted to say but could not get my thoughts and words together. I am able to write better, but before when I would email my mother she stated it was like reading the alphabet just letters that did not fomr any words really. My mother love she was able to work with me and started being able to make out what I was tryig to say. She was the one that picked up on all the issues I was experiencing and called my doctor. He stated hopefully it would be temporily. I hope to fully one day recover, but it seems like that may not happen especially with the beating I endored at the hands of the Mt. Olive correctional guards. My mother had a aunt who was beaten in the head so many times that she lost her speeh forever and her thought process was never the same. She fears this for me. In addition to all I have and are suffering, after being released from Huntington Cabell Hospital on March the 11th, The guard who was transporting me back to Western Regional Jail had to stop over in Mason County Jail left me in the custody of the Mason County Sheriff office. However, when the guard who was transporting me came back to get me that same day, the Mason County Sheriff opened the cell after being hand cuffed and snatched me out of the cell by the front of my clothing then started slapping me all in my head on the side I just had surgery on and the incision was clear very much seen and sore. I could not really speak, but tried my best to sound out why you hitting me for, what did I do to you. The laughed at my inability to talk properly and sound words thought it was funny each time I was slapped upside the head. The guard who transported me back never mentioned to his superiors what happened to me. That in it's self left me in pain. The operation was only a week prior to my release back to jail. It was on the same day. Once back at western regional jail I was told I had to go to medical for a while until my strength and incision healed and I was out of any danger of relaps. I was scared to go for I suffered such bad treatment each time I went prior to my operation. However, since I was scared and confused after leaving the hospital and receiving the treatment at the hands of the Mason County Sheriff office I really feared for my life and was afraid stay in medical. I had seizures in their presents and was put on my stomach and left alone and ended up having several more and no one was there to care for me. I managed to get to the door and hit the door to get medicals attention. Since I refused to go to medical I was sprayed with two large cans of mase all over my face by the guards. After I was allowed to call my mother and did my best to tell her what was going on and my fear. She spoke with the

head officer and begged him not to hurt me for I was still not yet in the right frame of mind.  I was slammed to the floor after being mased.  Both cans were emptied on me.  I was heard by other inmates screaming so much pain from the spraying of mase.  My mother called back and spoke with the captain and was told he will be allowed to wash the mase off after I calmed down.  The other complaint that never reached you shows the bad treatment I received until they realized my mother was not playing in suing them unless something was done about the horrible treatment of the medical department and their lies the administration and the poor and inhumane treatment of the guards.  My attorney had to actually go to the judge and protecutor to have me immediately removed from Northern regional jail due to the servere treatment there.  Myself, my attorney and my mother had great concerns and fear of death at the hands of the guard and lack of medical treatment of the medical dept.  I am writing this complaint to make you aware of the servere treatment we are receiving at the hands of prison guard and they enjoy inflicting pain on us.  If these guards are allowed to get away with this type of treatment someone will definitely be killed at their hands if not already done.  My life was almost taken by the hands of 5 guards at Mt. Olive Correction Complex.  I appreciate what Mr. Aimes is doing in now trying to set things right.  But these guard need to answer to their behavior.  Thank you for hearing me out.  Please help me find justice and compersation for what has been done to me.

--
~~Beautiful women should not be a.~~       Oscar Chapman

thanks

3

Copy of my
mother's ltr
to ~~the~~ NAAP

2-10-19

Dear Mr. Martin,
NAACP Representatives!

My son asked me send
this complaint to you. Mr.
Martin he is not being
represented. We tried to
obtain an attorney, but since
we sent him the grievances
he asked for, he stated he didn't
receive all the grievances.
I stated per my son the
document he received was
all on one form, he has not
responded nor replied to any
calls, So we have no attorney.
My son's criminal attorney
as a favor assisting in
making sure my assisted
in making sure he signed
off on the forms and completed
information where needed. Please
hear my son's complaint. I
tried to tell you before there
was no attorney. Please help

my son. This last grievance was denied due to they needed know if he was filing for confirm compensation. Since it was not a part of the last grievance it was denied from the last outside grievance committee. I plead for the NAACP help in getting justice or compensation for beating my son took at the hands of the guards at Mt. Olive Correctional Complex. He was repeatedly kicked in the head & face until he was completely dizzy and in a lot of pain. He could be heard screaming in pain begging for them to stop. My son in March of last year under went through a massive brain surgery where he had a grade 2 cancerous tumor removed which left him with disabilities. These guards were aware of his surgery his incission

②

is down the side of his head from top to end of ear or past it. I called my son's doctors and advise of what happened. I was told by my son he was almost kicked unconscious. I was told by the Governor's complaint specialist, Mr Green, Cedic and my son that my son was taken to the infirmary after the beating. I was finally told by the prison he was taken to infirmary and given pain medication and released. He has suffered tightness pain in his head. He refuses to go back to medical for the last time he went the doctor never examined him and said he was not there to see what happened and sent my son back. Now I am also fighting to get his MRI's done a recommended. My

Son's doctors had a appt.
set for him on Nov. 17th
of 2018 and this was a
follow up from his las MRI.
The prison never took him
for it was only a couple of
weeks after the ~~sutger~~ beating.
I questioned why and was
never told. Since the beating
my son has not had his
every 2-4 month MRI's.
After the beating my son
was left with knotts all
over his head & face &
bruises. Obviously the
prison ~~does~~ did not want anyone
from the outside to see the
damage done. My son was
almost beating unconscious
plus one queard tried to break
his fingers on one hand by
bending them completely
backwards. Mr. Martin
the fight continues not only
for justice but medically



If my son does not get these
MRI requested by Dr. Thomas,
Murphy of Cabell Comprehensive
Cancer Center/Hospital in Huntington
WV. I have given + spoken
to head of medical, Mr. Cedric
Green, Mrs. Gregory Asst. to
Medical and others about
why they have not reached
out to doctor Dr. Murphy
to get a release form for
medical records for my son
to sign so they can get his
records showing his tumor
was cancerous and continues
MRI's are recommend. Medical
refuses to believe it was
cancerous so they will not
allow the MRI's at all now.
I spoke with the doctors
office and was advise to
call his surgeon Dr Hoyt who
actually put the order in
that medical claims they
do not see in the records. Please
help my son. I have included

the intial complaint from
the last time so you can see
everything. The beating
took place on 10-26-18.
Mr. Martin or whoever
reviews please help. Please
assisted in this reseeres. I was
told by Mr. Cedic Green that
if damage is found from the
beating then complaints can
be filed. He also went on
to say that they is no way
I would see live footage
of the beating caught on
tape. I advised that advised
I would see that someone
see it and I will not stop
until something is done.

My contact number is
302 ⊦ 426-0608.

Thank you
Mrs. Chapman

Dear Mr. Martin:

I was not sure of which deadline date to use for the release and disclaimer section. It's not employment nor a service render? I put 180/300. Please correct which date on the deadline is correct.

My son's attorney had a visit with my son to sign off on the complaint also.

Please call me or my son's attorney of the deadline dated.

My son's attorney's name is Mr. Neal Hamilton 304-366-0573. You can call me at 302 476-0608 or

email me at sunseria2@
gmail.com

Thank You

IV. Statement of claim                    9-10

(2)

became a joke to some guards. I
had a serious seizure while on the
phone with my mother and two
guards saw what was happening
and laughed at me, asking why
was my face all twisted. I
could not speak for I loose my
speech also during my seizures.
They thought it was funny to
them, instead of coming to my
aide. They asked "what you can't
speak?" Then laughed again.
I signaled that I could not
talk. They said oh you want
us to get someone from medical?
Well the nurse stated believe
it or not that she was not aware
of any seizures nor me being
treated for seizures. Once I
was able to speak, I told her
she is lying for it's in my
records and I am on medication
for seizures. So I again went
untreated. I finally called
my mother back and told her
why I stopped talking and
the bad treatment I experienced.
My mother called & spoke with
male nurse the next day and
he apologized and said he was
off the night before. My mother
was very angry. It got to the
point no one would call my mother

9-10

⑤

back nor listening to me concerning
my seizure & asthma epidodes,
I was being given my seizure
medication for a while which, me
and my mother complained about.
This was blamed on me for not
being awake when they are to
awaken you. It was not until
April of 2018 after suffering a
major seizure in the cafetteria
in the presence of a guard that
my condition was becoming really
serious. I calapsed to the
floor & the guard helped me up
and asked if I was ok. until
he saw my face which was
severly twisted, I was druling
out of one side of my mouth
and could not speak. I was
rushed to medical and the
guard said this man has had
a stroke Dr Lyle & nurse said
no he didn't it's just a seizure.
The guard and Dr went back
and forth, I was watch for
24 hrs and sent back to my
cell. Since then my seizures
& not being able to speak or
breath got worse. I begged
the nurse givens & Dr Lyle
to call Huntington or take me
to be seen they stated there

9-10

④

was no reason too nor do a CT scan.
My mother faught with Mt Olive
over and over again, She threaten to
sue them. Dr Lyle decided
after the serious seizure
and my mother complaining to
send me April of 2018 to have
a MRI. However after the
MRI was completed Dr Lyle
nor anyone advised of the
results which were devastating.
It took my mother reaching
out to Lydia Milnes of
Mountain State Justice who
obtained all the medical files
for me and my mother from
Mt Olive. After my mother
fully viewed the large file
and noted information found
two MRI's one from April
2018 & 2019. The 2018 MRI
was never advised nor disclosed,
to me. My mother called me
and explained that the prison
Dr. Lyle hid the 2018 MRI
due to it showed after 5 months
of my brain surgery the guards
that kicked me all in my heads
done serious damage. the whole
time I was suffering from
encephalomalacia - cerebral
softening of the brain due to enjury.

9-10

⑤

Lydia obtained the record
only after the summer of
this year. However, Dr Kyle
stated in the records that
I needed to have MRI's
done every 2-4 months
which never happen until
April of 2018, A second
MRI was done April 2019
showing he was fine no issues
at all. This was untrue for
Dr Bhatic who is now my
brain surgeon at Ruby Hospital
WBU in Morgantown, W.V.
I was taken to him after
suffering another major
seizure that resulted in a
stroke which left my mouth
slightly twisted & drilling.
This was after I relapsed
due to a seizure & busted
up my mouth & broke glass.
on a cement block in my cell,
at NCRJ. I have been having
seizures back to back almost
on a regular bases. My mother
and NCRJ are aware of my
now serious condition, Dr
Bhata did a MRI 3weeks
ago and in addition my tumor
is back and even larger 4.6cm.
He was so Angry for he

6

9-20

stated if Mt Olive had of
taken me back to Huntington
or an outsider to be treated
from the MRI results of
April 2018 my life would not
be threaten by condition.
I now have been advised
my tumor is back & larger
and my condition threating
my life. I have a IDH-1
mutated tumor that's causing
all the issues I am having.
If not removed I will die.
I was put on Tibsovo 500mg
which 60 ct cost $28,000#.
I am currently waiting for
the medication to be delivered
to NCRJ. Dr Huffman who
comes Every Wednesday has
been working on with Prime
Care a third party to help
with the cost of the medication
for me. I finally we recieve
it. Tibsovo is a preoperative
chemotherapy medication which
is an extremely expensive.
I must be on the medication
prior to surgery for my brain
cancer. After the open brain
surgery second time around
I will be put on Temdar along
with Tibsovo for life. I should

⑦ $G_{76}$

have been examine at a hospital
after the beating and Dr Lyle
failed to advise me of my
condition. Dr Lyle was negelent
+ the guards added extremely
to my condition. I do not know
if I will survive this time
without losing my speech
altogether or worse. Please
help me seek ~~monetary~~ monetary
relief + justice. Dr Lyle
admited to me I have brain
damage only, Dr Huffman is
making sure I am cared
for properly and if I have
any side effects from
the chemo medication once
started on this week once
received I am hospitalized
for care.

Policy Directive 335.00
01 February 2014
Attachment #2

RECEIVED

OCT 29 2018

**APPROVED FOR INMATE VIEWING**

W.Va. Division of Corrections Inmate Grievance Form     Grievance No. 18 MOCC 02 883

Oscar Chapman          3548701          10/26/18  1124   1203
Inmate Name            DOC #            Date of Grievance

State Nature of Grievance / Issue to be addressed (Note 1 issue per grievance be concise file with Unit Manager NO WRITING ON BACK):
When i was and the holeing cell's a couple Co's was dress up for war in carose
witho teking pins me on the floor and starting kicking me on the head on cufhers
trying to break my treanser saying stop resising and I raring and I keeping step
thing me and the head I Just got sugery kicking us when and new i patins ina
Ck hig me they came kept looking for a reason that I want give em and They st
ck Calt they came kept looking for a reason kick me and trying to break hand anc broke my glasses

Relief Sought (state what you want):_____

Oscar Chapman                (The inmate may attach 1 8.5 x 11 sheet if necessary at this level only)
Inmate's Signature

Unit Manager's Response (attach additional sheet if needed)

Accepted_____ Rejected_____ Reason for rejection:_____     Date 29 Oct 18

Response on Merits if accepted: All of this incident was video taped. You have no relief want I dont know what you
want.

Cpl. Dundmel
Signature

Resolved:_____ (If so initial and give copy to unit manager)   Appealed to Warden/Administrator __ (initial) Date: Nov 1, 2018

If no response at initial level is included the inmate certifies that he/she has tendered this grievance as indicated above and no response has been issued at that level within the time frames set forth in Policy Directive 335.00

Oscar Chapman                          Nov 1, 2018
Inmate's Signature                     Date

Action by Warden/Administrator:                          NOV 14 2018

Accepted_____ Rejected √ Reason for rejection: No relief sought     Date:_____

Response on Merits if accepted: __ Remand to Unit for further action  __ Affirm unit and/or deny grievance __ Grant the Grievance as specified
Comments_____

cl-c                          NOV 14 2018 (Attach additional sheet if necessary)
Warden/Administrator's Signature     Date

Resolved:_____ (If so initial and give copy to unit manager)   Appealed to Commissioner __ (initial)

If no response at Warden/Administrative level is included, the inmate certifies that he/she has tendered the grievance as indicated above and no response has been issued at that level within the time frames set forth in Policy Directive 335.00

Oscar Chapman                          Nov, 20, 2018
Inmate's Signature                     Date  Nov/20/2018

ction by Commissioner:                          Received     NOV 27 2018

Accepted_____ Rejected_____ Re
Response on Merits if accepted: __ Affirm Wa

**Rejected:**
Excessive Pages
Use 335.0/325.0
√ Untimely
No relief sought

West Virginia
Corrections & Rehabilitation

**STROEBEL & STROEBEL, P.L.L.C.**
405 Capitol Street ~ Suite 102
P. O. Box 2582
Charleston, West Virginia 25329
Phone: (304) 346-0197
Fax: (304) 346-6029

April 13, 2020

Oscar Chapman #3548901
Mount Olive Correctional Center
One Mountainside Way
Mt. Olive, WV 25185

      *Re:*   *Non-Representation*

Dear Oscar:

    Please be advised that our firm is unable to represent you regarding your potential claims. We have enclosed the grievances previously forwarded to our office. If you wish to seek other assistance, you may contact the West Virginia State Bar's Lawyer Referral Service, which provides guidance to people trying to find an attorney, at www.wvlawyerreferral.org. If you do not have Internet access, you may call the West Virginia State Bar at (800) 642-3617 on a Tuesday evening to speak with a volunteer lawyer. You have a limited time to address your concerns. As a result, we suggest you seek another attorney at your earliest convenience.

    We wish you the best. Should you have any questions, please contact me at your convenience.

                        Sincerely,

                        Paul M. Stroebel

PS/jll
Enclosure

*cc: Ms. Sunsuria Chapman*
*52 Willow Place*
*Newark, Delaware 19702*

RECEIVED
MAR 12 2019
QUILLIAMS 2.

*Recieved*
*3-12-19*

Policy Directive 335.00
01 February 2014
Attachment #2

## APPROVED FOR INMATE VIEWING

W.Va. Division of Corrections Inmate Grievance Form

Grievance No. A mac Q2 247

Inmate Name: Oscar chapman

DOC #: 3548801

Date of Grievance: 3/10/2019  263  338

State Nature of Grievance / Issue to be addressed (Note 1 issue per grievance be concise file with Unit Manager NO WRITING ON BACK):
medical department is refuing my MRI and also treatment for my health

Relief Sought (state what you want): I want like medical start treatment for my health and take me to my MRI

Inmate's Signature: Oscar Chapman                (The inmate may attach 1 8.5 x 11 sheet if necessary at this level only)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Unit Manager's Response (attach additional sheet if needed)

Accepted_____    Rejected_____  Reason for rejection:_____ Date:_____

Response on Merits if accepted: Mr Chapman, The physician makes the decesion Whether or not can MRI is necesary based on his assessment. At this time he has not determined an MRI necesary.

Signature: Stevens RNIKAB 3-14-19

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Resolved:_____ (if so initial and give copy to unit manager)  Appealed to Warden/Administrator OC (initial) Date: 3/10/2019

If no response at initial level is included the inmate certifies that he/she has tendered this grievance as indicated above and no response has been issued at that level within the time frames set forth in Policy Directive 335.00

Inmate's Signature: ~~Oscar Chapman~~       Date: ~~3-15-2019~~

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Action by Warden/Administrator:

Accepted 1/    Rejected_____  Reason for rejection:_____ Date:_____

Response on Merits if accepted: __ Remand to Unit for further action   ✓ Affirm unit and/or deny grievance __ Grant the Grievance as specified   HSA

Comments:_____

Warden/Administrator's Signature                MAR 2 6 2019 (Attach additional sheet if necessary)
                                                Date

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Resolved:_____ (if so initial and give copy to unit manager)   Appealed to Commissioner ✓ (initial)

If no response at Warden/Administrator'al level is included, the inmate certifies that he/she has tendered this grievance as indicated above and no response has been issued at that level within the time frames set forth in Policy Directive 335.00

Inmate's Signature: Oscar Chapman       3/27/2019

Received
APR 0 2 2019
West Virginia Division of
Corrections & Rehabilitation

Affirmed
Grievance Denied
Central Office
Grievance Review

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
ction by Commissioner:

Accepted_____   Rejected_____  Reas
Response on Merits if accepted: __ Affirm Warden/Admin...       10- other

WARDEN'S OFFICE MOCC
MAR 2 0 2019
RECEIVED

RECEIVED

JUN 06 2019

QUILLIAMS 2

Policy Directive 335.00
01 February 2014
Attachment #2

## APPROVED FOR INMATE VIEWING

W.Va. Division of Corrections Inmate Grievance Form

Grievance No. 19 mxc 02-437

523  567

Inmate Name **OScar Chapman**

DOC # **3548901**

Date of Grievance **6/7/2019**

State Nature of Grievance / Issue to be addressed (Note 1 issue per grievance be concise file with Unit Manager NO WRITING ON BACK):
I was fasely ancesl as policy directive 325.00 when Meadows inveiw me he said they got me on video attacked Richard statcher but in my hearing and write up it said i attacked Charles Brannon which one they lieing and he said it happen at 6:05pm and my representative told him it was at 6:15pm the video is 2min he lieing because i know i didn't do anything and i call charles as a witnesses but he refuse

Relief Sought (state what you want): I want to get out the holes let me out please I already got ball on a couple laws suit in ball i know that don't make this another one violation of rights

**OScar Chapman**

Inmate's Signature    (The inmate may attach 1 8.5 x 41 sheet if necessary at this level only)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Unit Manager's Response (attach additional sheet if needed)

Accepted **X**    Rejected___ Reason for rejection:_____  Date: **07JUN19**

Response on Merits if accepted: I CANNOT OVERTURN THE DECISON BY THE MAGISTRATE OR INVESTIGATOR

CAPT. _____

Signature

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Resolved:___ (if so initial and give copy to unit manager)  Appealed to Warden/Administrator ✓ (initial) Date: 6/7/2019

If no response at initial level is included the inmate certifies that he/she has tendered this grievance as indicated above and no response has been issued at that level within the time frames set forth in Policy Directive 335.00

**OScar Chapman**

Inmate's Signature        Date 6/7/2019

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Action by Warden/Administrator:

Accepted___    Rejected ✓   Reason for rejection: Issues pertaining to disciplinary matters are not addressed by the grievance procedure.   Date: **JUN 1 7 2019**

Response on Merits if accepted: ___ Remand to Unit for further action    ___ Affirm unit and/or deny grievance ___ Grant the Grievance as specified

Comments_____

_____  **JUN 1 7 2019** (Attach additional sheet if necessary)

Warden/Administrator's Signature        Date

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Resolved:___ (if so initial and give copy to unit manager)   Appealed to Commissioner ✓ (initial)

If no response at Warden/Administrator's level is included, the inmate certifies that he/she has tendered this grievance as indicated above and no response has been issued at that level within the time frames set forth in Policy Directive 335.00

**OScar Chapman**

Inmate's Signature     Date 6/17/2019  JUN 21 2019

Received

West Virginia Division of Corrections & Rehabilitation

WARDEN'S DOC  JUN 13 2019

RECEIVED

Rejected:
✓ Excessive Pages
✓ Use 335.0/325.0

...ction by Commissioner:

Accepted___   Rejected ✓  Reaso...

Response on Merits if accepted: ___ Affirm Ward...

Date:___
___ Other, memo attached

Policy Directive 335.00
01 February 2014
Attachment #2

## APPROVED FOR INMATE VIEWING

W.Va. Division of Corrections Inmate Grievance Form          Grievance No. _19 - MOCC - QII - 392_

Inmate Name: _Oscar Chapman_          DOC #: _35 (8901)_          Date of Grievance: _7/30/2019_   754 828

State Nature of Grievance / Issue to be addressed (Note 1 issue per grievance be concise file with Unit Manager NO WRITING ON BACK):

Was coming back from rac on the night shift and the CO's put the handcuff on my hands and feet to tight and I got bullet in my body when I got shot a couple time in I couldn't walk in I keep telling them that but they keep pushing me and when we big 4 on and Q2 then slam me on my head knowing I'm in pain and broke my glasses they did this for no reason at all I'm scare for my life with the co's day or night shift 4 on Q2

Relief Sought (state what you want): I want to get compensation and I want to have my glasses repair or fi X becaus I can't see without them and I want the video's all of them plus all the video for grievance 18 MOCC Q2-383 and again 18 MOCC Q2.883 so I can give it to my lawyer or you can send a copy

Inmate's Signature: _Oscar Chapman_          (The inmate may attach 1 8.5 x 11 sheet if necessary at this level only)

*******************************************************************************

Unit Manager's Response (attach additional sheet if needed)

Accepted _X_     Rejected___  Reason for rejection:___                          Date: _01 AUG 19_

Response on Merits if accepted: ALL USES OF FORCE ARE REVIEWED, I CAN NOT GRANT COMPENSATION.

Signature: CAPT. _____

*******************************************************************************

Resolved:___ (If so initial and give copy to unit manager)   Appealed to Warden/Administrator _VC_ (initial) Date: _8/15/2019_

If no response at initial level is included the inmate certifies that he/she has tendered this grievance as indicated above and no response has been heard at that level within the time frames set forth in Policy Directive 335.00

Inmate's Signature: _~~Oscar Chapman~~_          Date: ~~8/15/2019~~

*******************************************************************************

Action by Warden/Administrator:

Accepted _V_     Rejected___  Reason for rejection:___                          Date:___

Response on Merits if accepted: __ Remand to Unit for further action   _V_ Affirm unit and/or deny grievance ___ Grant the Grievance as specified

Comments:___

Warden/Administrator's Signature: _____          AUG 2 7 2019   (Attach additional sheet if necessary)
Date

*******************************************************************************

Resolved:___ (If so initial and give copy to unit manager)   Appealed to Commissioner _____ (initial)

RECEIVED

If no response at Warden/Administrator's level is included, the inmate certifies that he/she has tendered this grievance as indicated above and no response has been heard at that level within the time frames set forth in Policy Directive 335.00

Inmate's Signature: _Oscar Chapman_          _9/3/2019_  Received   AUG 19 2019

Affirmed
Grievance Denied
Central Office
Grievance Review

WARDEN'S OFFICE
MOCC

*******************************************************************************

ction by Commissioner:

Accepted _V_     Rejected___

Response on Merits if accepted: __ Affirm

West Virginia Division of
Corrections & Rehabilitation

Policy Directive 335.00
01 February 2014
Attachment #2

# APPROVED FOR INMATE VIEWING

W.Va. Division of Corrections Inmate Grievance Form      Grievance No. 19 mac 02 462

581 641

_Oscar Chapman_                    _3548701_              _6/16/2019_
Inmate Name                        DOC #                  Date of Grievance

State Nature of Grievance / Issue to be addressed (Note 1 issue per grievance be concise file with Unit Manager NO WRITING ON BACK):
back on when co's heat me up for no reason reason grievance no 18.mace-02-88
on 10/26/2018 yall did nothing about and yall don't know how to take
care of me medical yall appeal my speech class but never and
other thing but for the co's beating me up and other thing as i0 I
want to be compensation for what i been thra

Relief Sought (state what you want): I want to be compensation

_Oscar Chapman_                         (The inmate may attach 1 8.5 x 41 sheet if necessary at this level only)
Inmate's Signature

*****************************************************************

Unit Manager's Response (attach additional sheet if needed)

Accepted _X_      Rejected___   Reason for rejection:_____   Date: 19 JUN 19

Response on Merits if accepted: I CAN NOT GRANT YOU COMPENSATION. IF YOU NEED
MEDICAL CARE SUBMIT A SICK CALL SLIP.
CAPT _____
Signature

*****************************************************************

Resolved:_____(if so initial and give copy to unit manager)   Appealed to Warden/Administrator ✓ (initial) Date: 6/19/2019

If no response at initial level is included the inmate certifies that he/she has tendered this grievance as indicated above and no response has been issued at that level within the time frames set forth in Policy Directive 335.00

_Oscar Chapman_                         6/19/2019
Inmate's Signature                      Date

*****************************************************************

Action by Warden/Administrator:                           Issue allegedly occurred on      JUL 0 8 2019
Accepted___   Rejected ✓   Reason for rejection: October 2 2018. Untimely.   Date:_____

Response on Merits if accepted: __ Remand to Unit for further action   __ Affirm unit and/or deny grievance __ Grant the Grievance as specified
Comments:_____

_____

                    JUL 0 8 2019
Warden/Administrator's Signature          Date (Attach additional sheet if necessary)

*****************************************************************

Resolved:_____ (if so initial and give copy to unit manager)   Appealed to Commissioner ✓ (initial)

If no response at Warden/Administrator's level is included, this inmate certifies that he/she has tendered this grievance as indicated above and no response has been issued at that level within the time frames set forth in Policy Directive 335.00

_Oscar Chapman_                    7/9/2019    Received
Inmate's Signature                 Date

                                   JUL 1 1 2019

*****************************************************************

ction by Commissioner:                          Rejected:
Accepted___   Rejected ✓   Reason                ___ Excessive Pages
Response on Merits if accepted: __ Affirm Warden    Use 335.0/325.0
                                                 ✓ Untimely

Filed

If so, state the lawyer's name and address:

_____

N/A

Signed this __23__ day of __September__, 20__20__.

_____
_____
_____

✗ Oscar Chapman
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __9/23/2020__.  ✗
(Date)

Oscar Chapman
Signature of Movant/Plaintiff    ✗

_____
Signature of Attorney
(if any)

7

FROM:

Oscar J. Chapman Jr
1 hois Ln
Greenwood WV 2648
#354 8901

Utility Mailer
10 1/2" x 16"

TO:

Clerk At The United States

US DISTRICT COURT
300 VIRGINIA STREET E
CHARLESTON WV 25301

Charleston WV 25329



U.S. POSTAGE PAID
$2.40

RECEIVED
NOV -3 2020

ReadyPost