# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

**OSCAR J. CHAPMAN, IV,**

   **Plaintiff,**

v.                                                       Civil Action No. 2:20-cv-00725
                                                            Honorable Irene C. Berger

**DR. CHARLES LYE, et al.,**

   **Defendants.**

## PARTIES' REPORT OF MEDIATION

Pursuant to the Scheduling Order, Plaintiff Oscar J. Chapman, IV, and, Defendants Wexford Health Sources, Inc., and Charles Lye, M.D., held a mediation on March 17, 2022, with Monica Haddad as the mediator. A settlement agreement was reached in regard to the remaining claims pending in this civil action during the mediation. The parties will submit the appropriate final dismissal order upon finalizing the settlement paperwork.

                                                                   **WEXFORD HEALTH SOURCES, INC. and DR. CHARLES LYE,**
                                                                   **By Counsel,**

/s/ Jordan K. Herrick
Jordan K. Herrick (WV Bar #11128)
Adam K. Strider (WV Bar #12483)
BAILEY & WYANT, PLLC
500 Virginia Street, East, Suite 600
Post Office Box 3710
Charleston, West Virginia 25337-3710
T: (304) 345-4222
F: (304) 343-3133
jherrick@baileywyant.com
astrider@baileywyant.com

1

**OSCAR J. CHAPMAN, IV**,
By Counsel,

 /s/ Lydia C. Milnes
Lydia C. Milnes (WV Bar #10598)
Mountain State Justice, Inc.
1029 University Ave., Suite 101
Morgantown, WV 26505
T: (304) 326-0188
F: (304) 326-0189
lydia@msjlaw.org

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

**OSCAR J. CHAPMAN, IV,**

    Plaintiff,

v.                                                                                      Civil Action No. 2:20-cv-00725
                                                                                    Honorable Irene C. Berger

**DR. CHARLES LYE, et al.,**

    Defendants.

## **CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of foregoing **PARTIES' REPORT OF MEDIATION** was served upon the following parties through the Court's Electronic Case Filing (ECF) system on this day, March 18, 2022:

Lydia C. Milnes
Mountain State Justice
1029 University Avenue, Ste 101
Morgantown, WV 26505
Attorney For: Oscar Chapman

                                                      /s/ Jordan K. Herrick
                                                    Jordan K. Herrick (WV Bar #11128)
                                                    Adam K. Strider (WV Bar #12483)